UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

     Plaintiff,

v.                                           Crim. No. 05-360 (JNE/JSM)
                                           ORDER

Tyron Thomas,

     Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Janie S. Mayeron, United States Magistrate Judge, on January 3, 2006. The magistrate judge recommended that the Court deny Defendant's Motion for Suppression of Evidence from Search and Seizure, Motion to Dismiss for Restoration of Civil Rights, Motion to Dismiss for Lack of Subject Matter Jurisdiction, and oral motion to suppress statements. Defendant objected to the magistrate judge's accounting of the facts and the law. The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion for Suppression of Evidence from Search and Seizure [Docket No. 16] is DENIED.
2. Defendant's Motion to Dismiss for Restoration of Civil Rights [Docket No. 18] is DENIED.
3. Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Docket No. 22] is DENIED.
4. Defendant's oral motion to suppress statements is DENIED.

Dated: February 3, 2006

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge